IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INSTRUMENTATION TECHNOLOGY ASSOCIATES, INC. | : | CIVIL ACTION |
| v. | : | |
| THE UNITED STATES OF AMERICA | : | NO. 09-429 |

O R D E R

AND NOW, this 27th day of April 2010, upon consideration of the plaintiff's Motion for Leave to Amend the Amended Complaint and the response thereto, and after a telephone conference with counsel, It is ORDERED:

That the Motion is GRANTED. Within 20 days, the plaintiff may file a Second Amended Complaint. The parties are directed to confer and submit any proposed changes to the current trial date.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.